395 A.2d 981

Davies, Turner & Co., Appellant, v. McGoldrick et al.

Argued September 13, 1978. Michael J. Pepe, Jr., for appellant; G. George Milner, for appellee, McGoldrick.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.